# Notice Recipients

District/Off: 1126−2  User: admin  Date Created: 1/31/2024
Case: 24−00287−DSC13  Form ID: pdf008  Total: 30

**Recipients of Notice of Electronic Filing:**
tr     Bradford W. Caraway     ctmail@ch13bham.com
aty     Robert D. Reese     ecfbirmingham@bondnbotes.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Ashley Isehi Prim     6600 Avenue K     Bessemer, AL 35020
11279189     ACCEPTANCE LOAN COMPANY INC     5256 HIGHWAY 90 SUITE D     MOBILE AL 36619
11279190     ADVANCE AMERICA     % NATIONAL CREDIT ADJUSTERS     PO BOX 3023     HUTCHINSON KS 67504
11279191     AT&T     % ENHANCED RECOVERY CORP     PO BOX 57547     JACKSONVILLE FL 32241−7547
11279192     AT&T SERVICES     ONE AT&T WAY ROOM 3A104     BEDMINSTER NJ 07921−2694
11279193     ATLAS     300 COVENTRY ROAD     KENSINGTON CA 94707
11279194     BABERS     300 E CHURCH STREET     ATMORE AL 36502
11279196     BRIARWOOD ESTATES     % NATIONAL CREDIT SYSTEMS     PO BOX 312125     ATLANTA GA 31131
11279195     BRIARWOOD ESTATES     19038 FAIRGROUND ROAD     ROBERTSDALE AL 36567
11279197     COLONIAL AUTO FINANCE/AMERICA'S CAR−MART     ATTN: BANKRUPTCY     1805 N 2ND STREET SUITE 401     ROGERS AR 72756
11279199     COWETA FAYETTE ELECTRIC     % COLLECTION BUREAY OF NEWNAN     1 SAVANNAH ST #A     NEWNAN GA 30263
11279198     COWETA FAYETTE ELECTRIC     807 COLLINSWORTH ROAD     PALMETTO GA 30268
11279200     CREDIT CENTRAL INC     21040 MIFLIN ROAD     FOLEY AL 36535
11279201     DC'S AUTO SALES INC     PO BOX 1345     DAPHNE AL 36526
11279202     EASY MONEY     % NATIONAL CREDIT ADJUSTERS     PO BOX 3023     HUTCHINSON KS 67504
11279203     FIRST PREMIER BANK     ATTN: BANKRUPTCY     PO BOX 5524     SIOUX FALLS SD 57117
11279204     KIKOFF LENDING LLC     ATTN: BANKRUPTCY     75 BROADWAY SUITE 226     SAN FRANCISCO CA 94111
11279205     NAVIENT     ATTN: BANKRUPTCY     PO BOX 9500     WILKES BARRE PA 18773
11279206     OKINUS     % RFGI     ATTN: BANKRUPTCY     PO BOX 537     SYCAMORE IL 60178
11279207     OKINUS     147 WEST RAILROAD ST. SOUTH     PELHAM GA 31779
11279208     PRIMO     % CBA     ATTN: BANKRUPTCY     PO BOX 5013     HAYWARD CA 94540
11279209     SANTANDER CONSUMER USA INC     PO BOX 560284     DALLAS TX 75356
11279211     SWEETWATER PROPERTIES LLC     % BRANTLEY T. RICHERSON     PO BOX 1138     FAIRHOPE AL 36533
11279210     SWEETWATER PROPERTIES LLC     PO BOX 241     FAIRHOPE AL 36533
11279212     VERIZON WIRELESS     ATTN: BANKRUPTCY     500 TECHNOLOGY DR, STE 599     WELDON SPRINGS MO 63304
11279213     W.S. BADCOCK CORPORATION     ATTN: BANKRUPTCY     200 NW PHOSPHATE BLVD     MULBERRY FL 33860
11279214     WESTLAKE PORTFOLIO MGMT, LLC     ATTN: BANKRUPTCY     PO BOX 76809     LOS ANGELES CA 90054
11279215     WORLD FINANCE CORP     ATTN: BANKRUPTCY     PO BOX 6429     GREENVILLE SC 29606

    TOTAL: 28