

# Payslip

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Ashley Prim | 181933-1 | 3645 Galleria Woods |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 181933 | E181933 | Hourly |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 14-Dec-2023 | Dietary Aide - NE | LCS Community Employment LLC |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 6600 Avenue K<br>Bessemer, AL 35020<br>US | | 400 Locust Street, Suite 820,<br>Des Moines, IA 50309<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 3-Dec-2023 | 16-Dec-2023 | 22-Dec-2023 | 12.50 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 43.75 | 43.75 |
| Employee Tax Deductions | 3.34 | 3.34 |
| Net Payment | 40.41 | 40.41 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Training Pay | 43.75 | 43.75 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Training Pay | | | 3.50 | 12.50 | 1.00 | 43.75 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Hours Paid | 3.50 | 3.50 |
| Hours | 3.50 | 3.50 |
| Hours | 3.50 | 3.50 |
| Overtime Hours | 0.00 | 3.50 |
| Training Pay Hours | 3.50 | 3.50 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 2.71 | 2.71 |
| Medicare Employee Withheld | 0.63 | 0.63 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 1291172398 | | | 1309677906293 | USD | 40.41 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | 0 | 0.00 |



UPS

| EMPLOYEE NAME | WORK LOCATION | CHECK NO. |
| --- | --- | --- |
| ASHLEY PRIM | 0744 ALROE PKG 3522 | 0744771514 |

| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | CHECK DATE |
| --- | --- | --- | --- | --- | --- |
| 0945711 | XXX-XX-3379 | H | S 02 | | 01/09/2024 |

| EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| | 12/31/2023 | 01/06/2024 | 343.27 | 39.83 | 0.00 | 303.44 |

EARNINGS
| DESCRIPTION | RATE | MILES | HOURS | GROSS PAY |
| --- | --- | --- | --- | --- |
| CURRENT PAY RATE | 23.00 | | | |
| REGULAR | 5.00 | | | 115.00 |
| REGULAR | 4.85 | | | 111.55 |
| REGULAR | 5.00 | | | 115.00 |
| REGULAR | 0.05 | | | 1.72 |
| TOTAL HOURS WORKED | | | 14.90 | |
| CURRENT TOTALS | | | 14.90 | 343.27 |
| Y-T-D TOTALS | | | | 685.85 |

TAXES
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| --- | --- | --- |
| FICA | 21.28 | 42.52 |
| FICA MEDICARE | 4.98 | 9.94 |
| ST TAX- AL | 10.14 | 20.25 |
| BIRMINGHAM | 3.43 | 6.86 |
| TOTALS | 39.83 | |

DEDUCTIONS / MISC: 0.00



UPS

| EMPLOYEE NAME | WORK LOCATION | CHECK NO. |
| --- | --- | --- |
| ASHLEY PRIM | 0744 ALROE PKG 3522 | 0744771515 |

| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | CHECK DATE |
| --- | --- | --- | --- | --- | --- |
| 0945711 | XXX-XX-3379 | H | S 02 | | 01/09/2024 |

| EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| | 12/31/2023 | 01/06/2024 | 342.58 | 39.74 | 0.00 | 302.84 |

EARNINGS
| DESCRIPTION | RATE | MILES | HOURS | GROSS PAY |
| --- | --- | --- | --- | --- |
| CURRENT PAY RATE | N/A | | | |
| REGULAR | 5.00 | | | 115.00 |
| REGULAR | 0.87 | | | 30.01 |
| REGULAR | 4.59 | | | 105.57 |
| REGULAR | 4.00 | | | 92.00 |
| TOTAL HOURS WORKED | | | 14.46 | |
| CURRENT TOTALS | | | 29.36 | 342.58 |
| Y-T-D TOTALS | | | | 685.85 |

TAXES
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| --- | --- | --- |
| FICA | 21.24 | 42.52 |
| FICA MEDICARE | 4.96 | 9.94 |
| ST TAX- AL | 10.11 | 20.25 |
| BIRMINGHAM | 3.43 | 6.86 |
| TOTALS | 39.74 | |