IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

__Ashley Prim__ )
 __Debtor(s)__ )
 )
__Norman G. Winston, Jr.__ ) Bankruptcy Case No.:__24-135-DSC13__
 __Movant.__ )
 )
__District Capital LLC__ )
**Name of Creditor or Claimant if Different from Movant** )

FACT SUMMARY FOR MOTION FOR RELIEF

FROM AUTOMATIC STAY IN CHAPTER 7 AND 13 CASES

Date and Type of Loan/Credit Transaction/Lease: Term of Lease: Term of lease: 08.01.2023 through 02.01.2024
Type of Collateral: N/A

Purchase Price: N/A                Monthly Payment: N/A

Amount Financed: N/A                APR or Interest Rate:
Term of Loan: N/A months or N/A years

Payoff Amount: N/A as of N/A (Date)
Value of Collateral and Basis: N/A (Value) as of N/A (Date) and N/A

Delinquent Pre-Petition Payments:    What Month(?) October 2023 rent balance through January 2024

   Amount: $3,695.00
   Claim Filed?        Yes; __X__ No
   Date Claim Filed: N/A

Number of Months of Pre-Petition Payment Default Put into Debtor's Chapter 13 Plan: __4__

Delinquent Post-Petition Payments:   What Month(s)? February 2024

   Amount: $1,200.00
   Claim Filed? No  No
   Date Claim Filed: N/A

Number of Post-Petition Payments Received (Not How Applied)
Number of Post-Petition Payment (s) Held by Creditor, but Not Applied to Debt :N/A
Number of Post-Petition Payment(s) Returned By Creditor to Debtor: N/A
If Lease. Lease Expiration Date: February 1, 2024
If Terminated. Lease Termination Date: N/A
Insurer of Collateral:N/A
Term of Insurance:N/A                (Expiration Date)


Prior Stay Order(s') Involving Movant Including Current Case: ___ Yes or __N/A__ No
   If yes, give case number(s) and date(s) of order(s):
   Case No.:_____ Date:_____
   Case No.:_____ Date:_____
   Case No.:_____ Date:_____

Debtor's Statement of Intention:

Date: February 15, 2024                Submitted By: /s/ Norman G. Winston, Jr.
                         (Signature)