## 341 Meetings Results - March 6, 2024
## 9:30 AM

| Case # | Name | Hrg Result |
|---|---|---|
| 24-00066 | SIMPSON | CONT 03-13-24 @ 9:30 |
| 24-00195 | SCROGGINS | CONT 03-13-24 @ 9:30 |
| 24-00222 | BOYD | CONT 03-13-24 @ 9:30 |
| 24-00228 | TOYER | CONT 03-13-24 @ 9:30 |
| 24-00261 | BRYANT | CONT 03-13-24 @ 9:30 |
| 24-00271 | TONEY | CONT 03-13-24 @ 9:30 |
| 24-00284 | FORD | CONT 03-13-24 @ 9:30 |
| 24-00286 | POWELL | CONT 03-13-24 @ 9:30 |
| 24-00299 | TRUITT | CONT 03-13-24 @ 9:30 |
| 24-00300 | BRASHER | CONT 03-13-24 @ 9:30 |
| 24-00301 | STANLEY | CONT 03-13-24 @ 9:30 |
| 24-00303 | KENNEDY | CONT 03-13-24 @ 9:30 |
| 23-03392 | WALKER | HELD |
| 24-00130 | ROSS | HELD |
| 24-00142 | ROBERSON | HELD |
| 24-00152 | JOHNSON | HELD |
| 24-00160 | PHILLIPS | HELD |
| 24-00164 | KIRKLAND | HELD |
| 24-00166 | JONES | HELD |
| 24-00171 | WILSON | HELD |
| 24-00175 | ATKINSON | HELD |
| 24-00178 | SHELTON | HELD |
| 24-00185 | WRIGHT | HELD |
| 24-00193 | FISHER | HELD |
| 24-00197 | WILLIAMS | HELD |
| 24-00213 | DIALS | HELD |
| 24-00218 | BUTLER | HELD |
| 24-00219 | MINTER | HELD |
| 24-00220 | BROWN | HELD |
| 24-00224 | HUTCHINS | HELD |
| 24-00225 | ROSS-WILLIAMS | HELD |
| 24-00227 | JOHNSON | HELD |
| 24-00233 | MOORE-FRISON | HELD |
| 24-00236 | STITT | HELD |
| 24-00237 | MANVILLE | HELD |
| 24-00239 | DANDRIDGE | HELD |
| 24-00240 | BAILEY | HELD |
| 24-00242 | BAILEY | HELD |
| 24-00243 | PENNEY | HELD |
| 24-00245 | DORMAN | HELD |
| 24-00247 | MITCHELL | HELD |
| 24-00249 | ETHERIDGE | HELD |
| 24-00250 | COLLIER | HELD |
| 24-00253 | KNOWLES | HELD |
| 24-00254 | HARVEY | HELD |
| 24-00256 | HENDERSON | HELD |
| 24-00257 | MCCOMBS | HELD |
| 24-00258 | HUTCHINS | HELD |
| 24-00259 | HUNTER | HELD |

| | | |
|---|---|---|
| 24-00260 | WILSON | HELD |
| 24-00263 | CHAPPELL | HELD |
| 24-00269 | BROWN | HELD |
| 24-00270 | HARRELL | HELD |
| 24-00272 | DIX | HELD |
| 24-00273 | MCGEE | HELD |
| 24-00275 | CAPERS | HELD |
| 24-00276 | MOORE | HELD |
| 24-00280 | RICHARDSON | HELD |
| 24-00283 | HAWKINS | HELD |
| 24-00285 | SHURBET | HELD |
| 24-00287 | PRIM | HELD |
| 24-00291 | EDDIE | HELD |
| 24-00297 | WINFIELD | HELD |
| 24-00304 | MELONI | HELD |