# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Ashley Isehi Prim | } | **Case No: 24-00287-DSC13** |
| SSN: XXX-XX-3379 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER GRANTING

This matter came before the Court on Tuesday, March 12, 2024 10:00 AM, for a hearing on the following:

    RE: Doc #14; Motion for Relief from Stay filed by Norman Winston, Attorney for District Capital LLC

Proper notice of the hearing was given and appearances were made by the following:

    Norman Winston, attorney for District Capital LLC
    Bradford W. Caraway (Trustee)
    Grafton Weinacker, attorney for Debtor

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    Based on the filings and arguments of counsel, and for the reasons set forth on the record during the hearing, the Motion for Relief from Stay is granted for cause pursuant to 11 U.S.C. Section 362(d).

Dated: 03/15/2024

    /s/ D. SIMS CRAWFORD
    D. SIMS CRAWFORD
    United States Bankruptcy Judge