# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 1126–2 | User: admin | | Date Created: 3/15/2024 |
| Case: 24–00287–DSC13 | Form ID: pdfsty | | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Bradford W. Caraway | ctmail@ch13bham.com |
| aty | Norman G. Winston, Jr | nwinston@wwjclaw.com |
| aty | Robert D. Reese | ecfbirmingham@bondnbotes.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Ashley Isehi Prim | 6600 Avenue K | Bessemer, AL 35020 | |
| cr | District Capital LLC | Winston, Winston, etc. | 1744 Oxmoor Road | Homewood, AL 35209 |

TOTAL: 2