United States Bankruptcy Court

Northern District of Alabama

| | |
|---|---|
| In re: | Case No. 24-00287-DSC |
| Ashley Isehi Prim | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1126-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 15, 2024 | Form ID: pdfsty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley Isehi Prim, 6600 Avenue K, Bessemer, AL 35020-2543 |
| cr | + | District Capital LLC, Winston, Winston, etc., 1744 Oxmoor Road, Homewood, AL 35209-4037 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 17, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradford W. Caraway | ctmail@ch13bham.com  bhamch13@ecf.epiqsystems.com |
| Norman G. Winston, Jr | on behalf of Creditor District Capital LLC nwinston@wwjclaw.com  nwinston@wwjclaw.com |
| Robert D. Reese | on behalf of Debtor Ashley Isehi Prim<br>pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;aw.igotnotices@gmail.com;bbrssort4@gmail.com;R62238@notify.bestcase.com |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Ashley Isehi Prim | } | **Case No: 24-00287-DSC13** |
| SSN: XXX-XX-3379 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER GRANTING

This matter came before the Court on Tuesday, March 12, 2024 10:00 AM, for a hearing on the following:

    RE: Doc #14; Motion for Relief from Stay filed by Norman Winston, Attorney for District Capital LLC

Proper notice of the hearing was given and appearances were made by the following:

    Norman Winston, attorney for District Capital LLC
    Bradford W. Caraway (Trustee)
    Grafton Weinacker, attorney for Debtor

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    Based on the filings and arguments of counsel, and for the reasons set forth on the record during the hearing, the Motion for Relief from Stay is granted for cause pursuant to 11 U.S.C. Section 362(d).

Dated: 03/15/2024

                                               /s/ D. SIMS CRAWFORD
                                             D. SIMS CRAWFORD
                                             United States Bankruptcy Judge