Km 5/6/24

Case: 24-00287-DSC13

**Amended** 341 MEETING AND CONFIRMATION HEARING BENCH SHEET

341 Hearing: 03/06/2024
Confirmation Hearing: ~~04/09/2024~~ 6-18-24

Debtor(s): PRIM, ASHLEY ISEHI

XXX-CC-3379

Debtor Present at 341 meeting? (✓) Yes ( ) No
ID Provided? (✓) Yes ( ) No

# of previous Chapter 13 cases in Southern Division _____
Previous discharges: _____

Attorney: BOND, BOTES, REESE & SHINN, P.C.

Attorney Present at 341 meeting? (✓) Yes ( ) No

Debtor Employer: HIREQUEST DIRECT OF BHAM
D.O. Sent:

Joint Debtor Employer:
D.O. Sent:

Petition Filed: 01/30/2024    5405  Pot  ~~5175~~

Proposed Plan Payments: 500.00 MONTHLY

Latest plan filed: ~~01/30/2024~~  #2

Amended plan payment: $500 mo 4/4/24

Confirmation Notes: _____ #26

Debtor present? ( ) Yes ( ) No
Attorney present? ( ) Yes ( ) No
(✓) Enter Confirmation Order

**CONFIRMATION:**   ( ) RECOMMENDED
                    ( ) NOT RECOMMENDED

$ 500  ( ) Weekly       ( ) Bi-Weekly
       ( ) Semi-Monthly (✓) Monthly

For 60 months pursuant to the plan.

Plan payments by ( ) Payroll Deduction (✓) Direct
( ) 100% plan
( ) Percentage plan to pay ____ % to nonpriority unsecured claims.
(✓) Pot plan to pay $ 5175 to nonpriority unsecured claims.

Attorney fee distribution pursuant to:

Plan (✓)    Trustee recommendation ( )    Attorney agreed ( )

Total fee:              $ 4250
Amount paid prepetition: $ 0
First installment:       $ 650
Balance to be paid:      $ 325 monthly for 2 months
Then:                    $ 85 monthly for ____ months
Then:                    $____ monthly for ____ months

**341 MTG. CONCLUDED**
**MAR 06 2024**

341 meeting continued to _____ Reason: _____

**NOTES FOR CONFIRMATION ORDER:**
P/R
( ) Debtor orally moved in open court to amend plan payment amount and/or increase fixed payment(s).
(✓) Trustee's Objection to Confirmation and Motion to Dismiss is    WD    .
( ) Trustee's Objection to Claim of Exemptions is _____.
( ) Objection to Confirmation filed by _____ is _____.
(✓) Debtor proposes to pay the Chapter 13 case filing fee through the Chapter 13 Trustee pursuant to Local Rule 1006-1(c).
( ) The Plan or Amended Plan sets out nonstandard provisions in Part 9.

SPECIAL PROVISIONS:
1/30/2024

Case 24-00287-DSC13   Doc 32   Filed 06/20/24   Entered 06/20/24 14:51:39   Desc Page 1 of 6

Case: 24-00287-DSC13    341 MEETING AND CONFIRMATION HEARING    Hearing Date: 03/06/2024
BENCH SHEET

## TO BE PAID THROUGH TRUSTEE

| Claim | Creditor Name | S/P/U | Adequate Protection Payment | Scheduled/ Claimed | Collateral Value in Plan | Unsecured Debt | Interest Rate | Fixed Monthly Payment | F.M.P Begins / Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| | ACCEPTANCE LOAN COMPANY INC | U | | 796.00 | | 796.00 | | | |
| | ADVANCE AMERICA | U | | 147.00 | | 147.00 | | | |
| 002 | AMERICAS CAR MART INC  *12 Nissan Rogue* | S | 60.00 | 15,500.00 / 15,721.46 | 6,025.00 | | 6.0000 | 335.00 | 07/2024  *17962.70* |
| | AT&T | U | | 291.00 | | 291.00 | | | |
| | ATLAS | U | | 40.00 | | 40.00 | | | |
| | BABERS | U | | 1,500.00 | | 1,500.00 | | | |
| | BRIARWOOD ESTATES | U | | 1,525.00 | | 1,525.00 | | | |
| | COWETA FAYETTE ELECTRIC | U | | 53.00 | | 53.00 | | | |

Case 24-00287-DSC13    Doc 32    Filed 06/20/24    Entered 06/20/24 14:51:39    Desc
Page 2 of 6

| Claim | Creditor Name | S/P/U | Adequate Protection Payment | Scheduled/Claimed | Collateral Value in Plan | Unsecured Debt | Interest Rate | Fixed Monthly Payment | F.M.P Begins / Total Paid |
|---|---|---|---|---|---|---|---|---|---|
|  | CREDIT CENTRAL INC | U |  | 513.00 |  | 513.00 |  |  |  |
|  | DC'S AUTO SALES INC | U |  | 1.00 |  | 1.00 |  |  |  |
|  | EASY MONEY | U |  | 407.00 |  | 407.00 |  |  |  |
|  | EASY MONEY | U |  | 190.00 |  | 190.00 |  |  |  |
|  | FIRST PREMIER BANK | U |  | 630.00 |  | 630.00 |  |  |  |
| 001 | HENDERSON & WALTON | U |  | 530.00 |  | 530.00 |  |  |  |
|  | KIKOFF LENDING LLC | U |  | 220.00 |  | 220.00 |  |  |  |
|  | NAVIENT | U |  | 2,857.00 |  | 2,857.00 |  |  |  |

| Claim | Creditor Name | S/P/U | Adequate Protection Payment | Scheduled/ Claimed | Collateral Value in Plan | Unsecured Debt | Interest Rate | Fixed Monthly Payment | F.M.P Begins / Total Paid |
|---|---|---|---|---|---|---|---|---|---|
|  | NAVIENT | U |  | 2,395.00 |  | 2,395.00 |  |  |  |
|  | NAVIENT | U |  | 3,797.00 |  | 3,797.00 |  |  |  |
|  | OKINUS | U |  | 2,011.00 |  | 2,011.00 |  |  |  |
|  | PRIMO | U |  | 131.00 |  | 131.00 |  |  |  |
|  | SANTANDER CONSUMER USA INC | U |  | 9,981.00 |  | 9,981.00 |  |  |  |
|  | SWEETWATER PROPERTIES LLC | U |  | 1,150.00 |  | 1,150.00 |  |  |  |
|  | VERIZON WIRELESS | U |  | 689.00 |  | 689.00 |  |  |  |
|  | WESTLAKE PORTFOLIO MANAGEMENT, LLC | U |  | 5,168.00 |  | 5,168.00 |  |  |  |

| Claim | Creditor Name | S/P/U | Adequate Protection Payment | Scheduled/ Claimed | Collateral Value in Plan | Unsecured Debt | Interest Rate | Fixed Monthly Payment | F.M.P Begins / Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| | WORLD FINANCE CORP | U | | 320.00 | | 320.00 | | | |
| | WS Badcock Corp. | U | | 163.00 | | 163.00 | | | |
| | *****TOTAL***** | | 60.00 | 50,475.00 | 6,025.00 | 35505 | | 335.00 | |
| | | | | 16,251.46 | | | | | 0.00 |

## CONTINUING CLAIMS

## UNLISTED CLAIMS

## DEBTS TO BE PAID DIRECT

| Claim | Creditor Name | Amount of Debt | Reason to be paid direct |
|---|---|---|---|
| | EIN TEW | 0.00 | residential Lease Assume |

Notes: