# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 1126−2 | User: admin | | Date Created: 6/26/2024 |
| Case: 24−00287−DSC13 | Form ID: pdfcfm | | Total: 38 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Bradford W. Caraway | ctmail@ch13bham.com |
| aty | Grafton Moore Weinacker | ecfbirmingham@bondnbotes.com |
| aty | Norman G. Winston, Jr | nwinston@wwjclaw.com |
| aty | Robert D. Reese | ecfbirmingham@bondnbotes.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Ashley Isehi Prim | 6600 Avenue K | Bessemer, AL 35020 | |
| cr | District Capital LLC | Winston, Winston, etc. | 1744 Oxmoor Road | Homewood, AL 35209 |
| 11279189 | ACCEPTANCE LOAN COMPANY INC | 5256 HIGHWAY 90 SUITE D | MOBILE AL 36619 | |
| 11279190 | ADVANCE AMERICA | % NATIONAL CREDIT ADJUSTERS | PO BOX 3023 | HUTCHINSON KS 67504 |
| 11279191 | AT&T | % ENHANCED RECOVERY CORP | PO BOX 57547 | JACKSONVILLE FL 32241−7547 |
| 11279192 | AT&T SERVICES | ONE AT&T WAY ROOM 3A104 | BEDMINSTER NJ 07921−2694 | |
| 11279193 | ATLAS | 300 COVENTRY ROAD | KENSINGTON CA 94707 | |
| 11290551 | Americas Car−Mart INC | 1805 N 2nd ST STE 401 | Rogers, AR 72756−1805 | |
| 11279194 | BABERS | 300 E CHURCH STREET | ATMORE AL 36502 | |
| 11279196 | BRIARWOOD ESTATES | % NATIONAL CREDIT SYSTEMS | PO BOX 312125 | ATLANTA GA 31131 |
| 11279195 | BRIARWOOD ESTATES | 19038 FAIRGROUND ROAD | ROBERTSDALE AL 36567 | |
| 11279197 | COLONIAL AUTO FINANCE/AMERICA'S CAR−MART | ATTN: BANKRUPTCY | 1805 N 2ND STREET SUITE 401 | ROGERS AR 72756 |
| 11279199 | COWETA FAYETTE ELECTRIC | % COLLECTION BUREAY OF NEWNAN | 1 SAVANNAH ST #A | NEWNAN GA 30263 |
| 11279198 | COWETA FAYETTE ELECTRIC | 807 COLLINSWORTH ROAD | PALMETTO GA 30268 | |
| 11279200 | CREDIT CENTRAL INC | 21040 MIFLIN ROAD | FOLEY AL 36535 | |
| 11279201 | DC'S AUTO SALES INC | PO BOX 1345 | DAPHNE AL 36526 | |
| 11279202 | EASY MONEY | % NATIONAL CREDIT ADJUSTERS | PO BOX 3023 | HUTCHINSON KS 67504 |
| 11279203 | FIRST PREMIER BANK | ATTN: BANKRUPTCY | PO BOX 5524 | SIOUX FALLS SD 57117 |
| 11282775 | Henderson and Walton Womens Center PC | c/o Franklin Service Inc | Po Box 3910 | Tupelo, MS 38803 |
| 11313815 | Jefferson Capital Systems LLC | Po Box 7999 | Saint Cloud MN 56302−9617 | |
| 11279204 | KIKOFF LENDING LLC | ATTN: BANKRUPTCY | 75 BROADWAY SUITE 226 | SAN FRANCISCO CA 94111 |
| 11279205 | NAVIENT | ATTN: BANKRUPTCY | PO BOX 9500 | WILKES BARRE PA 18773 |
| 11319732 | National Credit Adjusters, LLC | Attn: Bankruptcy Department | P.O. Box 3023 | Hutchinson, KS 67504 |
| 11279206 | OKINUS | % RFGI ATTN: BANKRUPTCY | PO BOX 537 | SYCAMORE IL 60178 |
| 11279207 | OKINUS | 147 WEST RAILROAD ST. SOUTH | PELHAM GA 31779 | |
| 11279208 | PRIMO | % CBA ATTN: BANKRUPTCY | PO BOX 5013 | HAYWARD CA 94540 |
| 11279209 | SANTANDER CONSUMER USA INC | PO BOX 560284 | DALLAS TX 75356 | |
| 11279211 | SWEETWATER PROPERTIES LLC | % BRANTLEY T. RICHERSON | PO BOX 1138 | FAIRHOPE AL 36533 |
| 11279210 | SWEETWATER PROPERTIES LLC | PO BOX 241 | FAIRHOPE AL 36533 | |
| 11279212 | VERIZON WIRELESS | ATTN: BANKRUPTCY | 500 TECHNOLOGY DR, STE 599 | WELDON SPRINGS MO 63304 |
| 11323695 | Verizon by American InfoSource as agent | PO Box 4457 | Houston, TX 77210−4457 | |
| 11279213 | W.S. BADCOCK CORPORATION | ATTN: BANKRUPTCY | 200 NW PHOSPHATE BLVD | MULBERRY FL 33860 |
| 11279214 | WESTLAKE PORTFOLIO MGMT, LLC | ATTN: BANKRUPTCY | PO BOX 76809 | LOS ANGELES CA 90054 |
| 11279215 | WORLD FINANCE CORP | ATTN: BANKRUPTCY | PO BOX 6429 | GREENVILLE SC 29606 |

TOTAL: 34