In re:            Case No. 24-00287-DSC

Ashley Isehi Prim            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2          User: admin          Page 1 of 3

Date Rcvd: Jun 26, 2024          Form ID: pdfcfm          Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley Isehi Prim, 6600 Avenue K, Bessemer, AL 35020-2543 |
| cr | + | District Capital LLC, Winston, Winston, etc., 1744 Oxmoor Road, Homewood, AL 35209-4037 |
| 11279189 | + | ACCEPTANCE LOAN COMPANY INC, 5256 HIGHWAY 90 SUITE D, MOBILE AL 36619-4218 |
| 11279194 | + | BABERS, 300 E CHURCH STREET, ATMORE AL 36502-2504 |
| 11279195 | + | BRIARWOOD ESTATES, 19038 FAIRGROUND ROAD, ROBERTSDALE AL 36567-6640 |
| 11279199 | + | COWETA FAYETTE ELECTRIC, % COLLECTION BUREAY OF NEWNAN, 1 SAVANNAH ST #A, NEWNAN GA 30263-2568 |
| 11279198 | + | COWETA FAYETTE ELECTRIC, 807 COLLINSWORTH ROAD, PALMETTO GA 30268-9442 |
| 11279201 | + | DC'S AUTO SALES INC, PO BOX 1345, DAPHNE AL 36526-1345 |
| 11279211 | + | SWEETWATER PROPERTIES LLC, % BRANTLEY T. RICHERSON, PO BOX 1138, FAIRHOPE AL 36533-1138 |
| 11279210 | + | SWEETWATER PROPERTIES LLC, PO BOX 241, FAIRHOPE AL 36533-0241 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11279190 | + | Email/Text: bankruptcy@ncaks.com | Jun 26 2024 23:45:00 | ADVANCE AMERICA, % NATIONAL CREDIT ADJUSTERS, PO BOX 3023, HUTCHINSON KS 67504-3023 |
| 11279191 | ^ | MEBN | Jun 26 2024 23:34:05 | AT&T, % ENHANCED RECOVERY CORP, PO BOX 57547, JACKSONVILLE FL 32241-7547 |
| 11279192 | | Email/Text: g17768@att.com | Jun 26 2024 23:46:00 | AT&T SERVICES, ONE AT&T WAY ROOM 3A104, BEDMINSTER NJ 07921-2694 |
| 11279193 | ^ | MEBN | Jun 26 2024 23:34:37 | ATLAS, 300 COVENTRY ROAD, KENSINGTON CA 94707-1214 |
| 11290551 | + | Email/Text: bankruptcy@car-mart.com | Jun 26 2024 23:45:00 | Americas Car-Mart INC, 1805 N 2nd ST, STE 401, Rogers, AR 72756-2423 |
| 11279196 | + | Email/Text: bankruptcy@nationalcreditsystems.com | Jun 26 2024 23:45:00 | BRIARWOOD ESTATES, % NATIONAL CREDIT SYSTEMS, PO BOX 312125, ATLANTA GA 31131-2125 |
| 11279197 | + | Email/Text: bankruptcy@car-mart.com | Jun 26 2024 23:45:00 | COLONIAL AUTO FINANCE/AMERICA'S CAR-MART, ATTN: BANKRUPTCY, 1805 N 2ND STREET SUITE 401, ROGERS AR 72756-2423 |
| 11279200 | + | Email/Text: bk@creditcentralllc.com | Jun 26 2024 23:48:00 | CREDIT CENTRAL INC, 21040 MIFLIN ROAD, FOLEY AL 36535-9297 |
| 11279202 | + | Email/Text: bankruptcy@ncaks.com | Jun 26 2024 23:45:00 | EASY MONEY, % NATIONAL CREDIT ADJUSTERS, PO BOX 3023, HUTCHINSON KS 67504-3023 |
| 11279203 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 27 2024 00:11:03 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS SD 57117-5524 |
| 11282775 | + | Email/Text: FSBank@franklinservice.com | | |

|  |  |  | Jun 26 2024 23:46:00 | Henderson and Walton Womens Center PC, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
|---|---|---|---|---|
| 11313815 |  | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2024 23:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 11279204 | + | Email/Text: bankruptcy@kikoff.com | Jun 26 2024 23:46:00 | KIKOFF LENDING LLC, ATTN: BANKRUPTCY, 75 BROADWAY SUITE 226, SAN FRANCISCO CA 94111-1458 |
| 11279205 | + | Email/PDF: pa_dc_claims@navient.com | Jun 27 2024 00:11:39 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE PA 18773-9500 |
| 11319732 | + | Email/Text: bankruptcy@ncaks.com | Jun 26 2024 23:45:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 11279207 | + | Email/Text: ABENTLEY@OKINUS.COM | Jun 26 2024 23:45:00 | OKINUS, 147 WEST RAILROAD ST. SOUTH, PELHAM GA 31779-1631 |
| 11279206 | + | Email/Text: customerservice@rfgionline.com | Jun 26 2024 23:48:00 | OKINUS, % RFGI, ATTN: BANKRUPTCY, PO BOX 537, SYCAMORE IL 60178-0537 |
| 11279208 | ^ | MEBN | Jun 26 2024 23:32:54 | PRIMO, % CBA, ATTN: BANKRUPTCY, PO BOX 5013, HAYWARD CA 94540-5013 |
| 11279209 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2024 23:47:00 | SANTANDER CONSUMER USA INC, PO BOX 560284, DALLAS TX 75356-0284 |
| 11279212 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 26 2024 23:45:00 | VERIZON WIRELESS, ATTN: BANKRUPTCY, 500 TECHNOLOGY DR, STE 599, WELDON SPRINGS MO 63304-2225 |
| 11323695 |  | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 01:34:53 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 11279213 | + | Email/Text: bali@badcock.com | Jun 26 2024 23:45:00 | W.S. BADCOCK CORPORATION, ATTN: BANKRUPTCY, 200 NW PHOSPHATE BLVD, MULBERRY FL 33860-2328 |
| 11279214 | ^ | MEBN | Jun 26 2024 23:33:02 | WESTLAKE PORTFOLIO MGMT, LLC, ATTN: BANKRUPTCY, PO BOX 76809, LOS ANGELES CA 90076-0809 |
| 11279215 | + | Email/Text: bk@worldacceptance.com | Jun 26 2024 23:47:21 | WORLD FINANCE CORP, ATTN: BANKRUPTCY, PO BOX 6429, GREENVILLE SC 29606-6429 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradford W. Caraway | ctmail@ch13bham.com bhamch13@ecf.epiqsystems.com |
| Grafton Moore Weinacker | on behalf of Debtor Ashley Isehi Prim pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;aw.igotnotices@gmail.com;bbrssort4@gmail.com;R62238@notify.bestcase.com;mwaid@ecf.courtdrive.com |
| Norman G. Winston, Jr | on behalf of Creditor District Capital LLC nwinston@wwjclaw.com nwinston@wwjclaw.com |
| Robert D. Reese | on behalf of Debtor Ashley Isehi Prim pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;aw.igotnotices@gmail.com;bbrssort4@gmail.com;R62238@notify.bestcase.com;mwaid@ecf.courtdrive.com |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**IN RE:**
**Ashley Isehi Prim**                                           Case No. 24-00287-DSC13
**Social Security No. XXX-XX-3379**

        **Debtor(s).**

## CONFIRMATION ORDER

A confirmation hearing was held on 06/18/2024, and it is hereby

**ORDERED, ADJUDGED and DECREED:**

1. The debtor's Chapter 13 plan filed 04/04/2024 (Doc. no. 26) is **CONFIRMED**.

2. Each creditor must file a written proof of claim in the form provided by law to participate in distributions under the plan. Claims will be paid as duly filed, without hearing, unless a written objection is filed as provided by the Bankruptcy Code. If an objection is filed, the court may conduct a hearing to determine the allowed amount of the claim.

The Trustee's objection to Confirmation and Motion to Dismiss are withdrawn.

Pursuant to the Plan, the Chapter 13 case filing fee shall be paid through the Chapter 13 Trustee pursuant to Local Rule 1006-1(c).

3. **Attorney's Fees to be Paid Through the Chapter 13 Trustee:**

Attorney's fees are awarded to **Bond, Botes, Reese & Shinn, P. C.** and will be paid by the Chapter 13 Trustee from the Plan payments received from the debtor(s), with the following terms:

The total fee awarded to debtor(s)' attorney is **$4,250.00**. The amount of the attorney's fee paid prepetition is **$0.00**. The balance of the fee to debtor(s)' attorney is **$4,250.00,** to be paid as follows: **$650.00** at confirmation, **$325.00** per month for **two** months, then **$85.00** per month thereafter until paid in full.

These payments shall be made by the Chapter 13 Trustee from plan payments received from the Debtor(s), and shall NOT be paid directly by the Debtor(s).

4. Unless the plan provides otherwise, debtor will continue to pay pre-petition and post-petition utility service debt with all utility providers in the ordinary course of business in lieu of posting a deposit as adequate assurance of future utility payment under § 366 of the U.S. Bankruptcy Code and acknowledges that the automatic stay does not bar a utility's effort to collect pre-petition and post-petition utility service debt.

5. All creditors whose claims are paid direct by debtor are granted limited relief from the automatic stay to contact the debtor by mail or telephone concerning the payment of post-petition (no pre-petition) monthly installment payments.

6.  If the debtor has an ongoing child support, alimony, or utility obligation and fails to make any post-petition payment for a debt on that obligation, relief from the automatic stay is granted to collect that, or any future debt, or to enforce any order or contract associated with the obligation.

7.  Adequate protection payments made by the Trustee in accordance with 11 U.S.C. § 1326(a)(1) and the debtor's Chapter 13 plan are hereby approved.

8.  Pursuant to Part 7 of the debtor(s)' plan, the Trustee will make the monthly payments required in Parts 3 through 6 of the plan, including the distribution of attorney's fees, in the sequence of payments set forth in Administrative Order 17-04.

9.  If this case is dismissed, any monies received prior to the order of dismissal shall be distributed according to the confirmed plan.

Dated: June 26, 2024

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge