Fill in this information to identify your case:

Debtor 1  **Ashley Isehi Prim**
          First Name    Middle Name    Last Name

Debtor 2  _____
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ALABAMA

Case number  **24-00287**
(if known)

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................  $ **0.00**

   1b. Copy line 62, Total personal property, from Schedule A/B.......................................................  $ **19,402.00**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................  $ **19,402.00**

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ **15,500.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..............  $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..........  $ **34,975.00**

   **Your total liabilities**  $ **50,475.00**

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*..................................................  $ **2,235.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*..........................................................  $ **1,735.00**

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| Debtor 1 | Ashley Isehi Prim | Case number *(if known)* | 24-00287 |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.  $ **243.66**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 9,049.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 9,049.00 |

| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Ashley Isehi Prim** <br> First Name   Middle Name   Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number | 24-00287 |

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                       12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   | 3.1 | Make: **NISSAN** <br> Model: **ROGUE** <br> Year: **2012** <br> Approximate mileage: **160,000** <br> Other information: | Who has an interest in the property? Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property <br>   (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br> **Current value of the entire property?** $6,025.00 | **Current value of the portion you own?** $6,025.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$6,025.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**                **Current value of the portion you own?** Do not deduct secured claims or exemptions.

Official Form 106A/B                    Schedule A/B: Property                                  page 1

Debtor 1   **Ashley Isehi Prim**                                            Case number *(if known)*   **24-00287**

6. **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☒ Yes. Describe.....

    | FURNITURE, APPLIANCES AND HOUSEHOLD GOODS | $3,000.00 |
    |---|---|

7. **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☒ Yes. Describe.....

    | ELECTRONICS INCLUDING AUDIO, VIDEO AND COMPUTER EQUIPMENT | $1,500.00 |
    |---|---|

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☒ No
    ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☒ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.....

    | CLOTHING | $500.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe.....

    | JEWELRY | $550.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................   **$5,550.00**

Official Form 106A/B                                      Schedule A/B: Property                                                                 page 2

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    - ■ No
    - ☐ Yes.......................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    - ☐ No
    - ■ Yes........................                     Institution name:

      17.1.                           **Chime bank**                                              **$126.00**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    - ■ No
    - ☐ Yes..................                     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    - ■ No
    - ☐ Yes.  Give specific information about them...................
      Name of entity:                                   % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    - ■ No
    - ☐ Yes. Give specific information about them
      Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    - ■ No
    - ☐ Yes. List each account separately.
      Type of account:             Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    - ■ No
    - ☐ Yes. .....................                     Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    - ■ No
    - ☐ Yes.............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    - ■ No
    - ☐ Yes.............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    - ■ No
    - ☐ Yes.  Give specific information about them...

Debtor 1  **Ashley Isehi Prim**  Case number *(if known)* **24-00287**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    | **Estimated 2023 federal income tax refund** | **$5,000.00** |
    |---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes. Give specific information..

    | **3rd party (Zachary Michael) owes me for damages to my car from a hit and run accident.** | **$2,700.00** |
    |---|---|

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:    Beneficiary:    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

Official Form 106A/B    Schedule A/B: Property    page 4

Debtor 1  **Ashley Isehi Prim**  Case number *(if known)* **24-00287**

| | |
|---|---|
| **Pending cause of action in the Circuit Court of Jefferson County, AL Bessemer Division, Case # 68-CV-2023-900398.00, against Immunotek Biocenters, LLC d/b/a Freedom Plasma for Negligence, Wantonness, Recklessness/Outrage, and Defamation. Value of this claim is not known at this time.** | **$1.00** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ■ No
    - ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    - ■ No
    - ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................**  **$7,827.00**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ■ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ■ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ■ No
    - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...................................................................................................  **$0.00**
56. **Part 2: Total vehicles, line 5**  **$6,025.00**
57. **Part 3: Total personal and household items, line 15**  **$5,550.00**
58. **Part 4: Total financial assets, line 36**  **$7,827.00**
59. **Part 5: Total business-related property, line 45**  **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**  **$0.00**
61. **Part 7: Total other property not listed, line 54**  +  **$0.00**

62. **Total personal property.** Add lines 56 through 61...  **$19,402.00**  Copy personal property total  **$19,402.00**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62  **$19,402.00**

In re _____   Case No. _____
                Debtor(s)

## SCHEDULE A/B - PROPERTY
**Attachment A**

**The values listed with regard to all items represent the debtor's best estimate as to the amount the items could be sold for, used and "as is", to a willing buyer. None of the values are intended to represent the replacement value, actual cash value or any other value of the listed items as defined by the debtor's homeowner's insurance policy or any other insurance policy.**

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Ashley Isehi Prim** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | |
| Case number (if known) | 24-00287 | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                             4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **FURNITURE, APPLIANCES AND HOUSEHOLD GOODS**<br>Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **ELECTRONICS INCLUDING AUDIO, VIDEO AND COMPUTER EQUIPMENT**<br>Line from *Schedule A/B*: **7.1** | $1,500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **CLOTHING**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-126(a)(2) |
| **Chime bank**<br>Line from *Schedule A/B*: **17.1** | $126.00 | ■ $126.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Estimated 2023 federal income tax refund**<br>Line from *Schedule A/B*: **28.1** | $5,000.00 | ■ $4,049.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |

| Debtor 1 | Ashley Isehi Prim | | Case number (if known) | 24-00287 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Pending cause of action in the Circuit Court of Jefferson County, AL Bessemer Division, Case # 68-CV-2023-900398.00, against Immunotek Biocenters, LLC d/b/a Freedom Plasma for Negligence, Wantonness, Recklessness/Outrage, and Defamation. Value of this clai**<br>Line from *Schedule A/B*: **33.1** | $1.00 | ■ $2,550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Fill in this information to identify your case:

Debtor 1  **Ashley Isehi Prim**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ALABAMA

Case number  **24-00287**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Ashley Isehi Prim**                               X  _____
   **Ashley Isehi Prim**                                       Signature of Debtor 2
   Signature of Debtor 1

   Date  **September 6, 2024**                               Date  _____

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of Amended Schedules A/B and C upon Bradford W. Caraway, Chapter 13 Trustee via CM/ECF to [ctmail@ch13bham.com](mailto:ctmail@ch13bham.com).

      I further certify that I have served a copy of Amended Schedule C upon the below all creditors listed on the creditor matrix via United States Mail properly addressed and pre-paid first class postage on September 6, 2024.

Andrew J. Sinor, Jr., Esquire
Jerome C. Chapman, IV, Esquire
Hand Arendall
Harrison Sale LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203

Gabriel J. Quistorff, Esquire
Jeremy L. Retherford, Esquire
Balch & Bingham LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203

John Parker Yates, Esquire
Robert S. Walker, Esquire
Kristopher O. Anderson, Esquire
Yates Anderson
2320 Highland Avenue South, Suite 290B
Birmingham, AL 35205

                                            /s/ Robert D. Reese
                                            Robert D. Reese, Attorney for Debtor(s)
                                            Bond, Botes, Reese, Shinn & Weinacker, P.C.
                                            15 Southlake Lane, Suite 140
                                            Birmingham, AL 35244-3328
                                            (205) 802-2200

| Label Matrix for local noticing<br>1126-2<br>Case 24-00287-DSC13<br>NORTHERN DISTRICT OF ALABAMA<br>Birmingham<br>Fri Sep  6 11:46:36 CDT 2024 | District Capital LLC<br>Winston, Winston, etc.<br>1744 Oxmoor Road<br>Homewood, AL 35209-4037 | U. S. Bankruptcy Court<br>Robert S. Vance Federal Building<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 |
|---|---|---|
| ACCEPTANCE LOAN COMPANY INC<br>5256 HIGHWAY 90 SUITE D<br>MOBILE AL 36619-4218 | ADVANCE AMERICA<br>% NATIONAL CREDIT ADJUSTERS<br>PO BOX 3023<br>HUTCHINSON KS 67504-3023 | AT&T<br>% ENHANCED RECOVERY CORP<br>PO BOX 57547<br>JACKSONVILLE FL 32241-7547 |
| AT&T SERVICES<br>ONE AT&T WAY ROOM 3A104<br>BEDMINSTER NJ 07921-2694 | ATLAS<br>300 COVENTRY ROAD<br>KENSINGTON CA 94707-1214 | Americas Car-Mart INC<br>1805 N 2nd ST<br>STE 401<br>Rogers, AR 72756-2423 |
| BABERS<br>300 E CHURCH STREET<br>ATMORE AL 36502-2504 | BRIARWOOD ESTATES<br>% NATIONAL CREDIT SYSTEMS<br>PO BOX 312125<br>ATLANTA GA 31131-2125 | BRIARWOOD ESTATES<br>19038 FAIRGROUND ROAD<br>ROBERTSDALE AL 36567-6640 |
| COLONIAL AUTO FINANCE/AMERICA'S CAR-MAR<br>ATTN: BANKRUPTCY<br>1805 N 2ND STREET SUITE 401<br>ROGERS AR 72756-2423 | COWETA FAYETTE ELECTRIC<br>% COLLECTION BUREAY OF NEWNAN<br>1 SAVANNAH ST #A<br>NEWNAN GA 30263-2568 | COWETA FAYETTE ELECTRIC<br>807 COLLINSWORTH ROAD<br>PALMETTO GA 30268-9442 |
| CREDIT CENTRAL INC<br>21040 MIFLIN ROAD<br>FOLEY AL 36535-9297 | DC'S AUTO SALES INC<br>PO BOX 1345<br>DAPHNE AL 36526-1345 | EASY MONEY<br>% NATIONAL CREDIT ADJUSTERS<br>PO BOX 3023<br>HUTCHINSON KS 67504-3023 |
| FIRST PREMIER BANK<br>ATTN: BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS SD 57117-5524 | Henderson and Walton Womens Center PC<br>c/o Franklin Service Inc<br>Po Box 3910<br>Tupelo, MS 38803-3910 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| KIKOFF LENDING LLC<br>ATTN: BANKRUPTCY<br>75 BROADWAY SUITE 226<br>SAN FRANCISCO CA 94111-1458 | NAVIENT<br>ATTN:  BANKRUPTCY<br>PO BOX 9500<br>WILKES BARRE PA 18773-9500 | National Credit Adjusters, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 3023<br>Hutchinson, KS 67504-3023 |
| OKINUS<br>% RFGI<br>ATTN: BANKRUPTCY<br>PO BOX 537<br>SYCAMORE IL 60178-0537 | OKINUS<br>147 WEST RAILROAD ST. SOUTH<br>PELHAM GA 31779-1631 | PRIMO<br>% CBA<br>ATTN: BANKRUPTCY<br>PO BOX 5013<br>HAYWARD CA 94540-5013 |
| SANTANDER CONSUMER USA INC<br>PO BOX 560284<br>DALLAS TX 75356-0284 | SWEETWATER PROPERTIES LLC<br>% BRANTLEY T. RICHERSON<br>PO BOX 1138<br>FAIRHOPE AL 36533-1138 | SWEETWATER PROPERTIES LLC<br>PO BOX 241<br>FAIRHOPE AL 36533-0241 |

| VERIZON WIRELESS | Verizon | W.S. BADCOCK CORPORATION |
|---|---|---|
| ATTN: BANKRUPTCY | by American InfoSource as agent | ATTN: BANKRUPTCY |
| 500 TECHNOLOGY DR, STE 599 | PO Box 4457 | 200 NW PHOSPHATE BLVD |
| WELDON SPRINGS MO 63304-2225 | Houston, TX 77210-4457 | MULBERRY FL 33860-2328 |
| WESTLAKE PORTFOLIO MGMT, LLC | WORLD FINANCE CORP | Ashley Isehi Prim |
| ATTN: BANKRUPTCY | ATTN: BANKRUPTCY | 6600 Avenue K |
| PO BOX 76809 | PO BOX 6429 | Bessemer, AL 35020-2543 |
| LOS ANGELES CA 90076-0809 | GREENVILLE SC 29606-6429 | |
| (p)CHAPTER 13 STANDING TRUSTEE | Grafton Moore Weinacker | Robert D. Reese |
| ATTN BRADFORD W CARAWAY | Bond, Botes, Reese, Shinn & Weinacker, P | Bond, Botes, Reese, Shinn & Weinacker, P |
| PO BOX 10848 | 15 Southlake Lane | 15 Southlake Lane |
| BIRMINGHAM AL 35202-0848 | Suite 140 | Suite 140 |
| | Birmingham, AL 35244-3328 | Birmingham, AL 35244-3328 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Jefferson Capital Systems LLC | Bradford W. Caraway |
|---|---|
| Po Box 7999 | Chapter 13 Standing Trustee |
| Saint Cloud MN 56302-9617 | P O Box 10848 |
| | Birmingham, AL 35202-0848 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)BioTek America, LLC | (u)ImmunoTek Bio Centers, LLC d/b/a Freedom P | End of Label Matrix | |
|---|---|---|---|
| | | Mailable recipients | 38 |
| | | Bypassed recipients | 2 |
| | | Total | 40 |