In re:  Case No. 24-00287-DSC
Ashley Isehi Prim  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2     User: admin     Page 1 of 3
Date Rcvd: Oct 09, 2024     Form ID: van124     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley Isehi Prim, 6600 Avenue K, Bessemer, AL 35020-2543 |
| cr | + | District Capital LLC, Winston, Winston, etc., 1744 Oxmoor Road, Homewood, AL 35209-4037 |
| 11279189 | + | ACCEPTANCE LOAN COMPANY INC, 5256 HIGHWAY 90 SUITE D, MOBILE AL 36619-4218 |
| 11279194 | + | BABERS, 300 E CHURCH STREET, ATMORE AL 36502-2504 |
| 11279195 | + | BRIARWOOD ESTATES, 19038 FAIRGROUND ROAD, ROBERTSDALE AL 36567-6640 |
| 11279199 | + | COWETA FAYETTE ELECTRIC, % COLLECTION BUREAY OF NEWNAN, 1 SAVANNAH ST #A, NEWNAN GA 30263-2568 |
| 11279198 | + | COWETA FAYETTE ELECTRIC, 807 COLLINSWORTH ROAD, PALMETTO GA 30268-9442 |
| 11279201 | + | DC'S AUTO SALES INC, PO BOX 1345, DAPHNE AL 36526-1345 |
| 11279211 | + | SWEETWATER PROPERTIES LLC, % BRANTLEY T. RICHERSON, PO BOX 1138, FAIRHOPE AL 36533-1138 |
| 11279210 | + | SWEETWATER PROPERTIES LLC, PO BOX 241, FAIRHOPE AL 36533-0241 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11279190 | + | Email/Text: bankruptcy@ncaks.com | Oct 09 2024 23:24:00 | ADVANCE AMERICA, % NATIONAL CREDIT ADJUSTERS, PO BOX 3023, HUTCHINSON KS 67504-3023 |
| 11279191 | ^ | MEBN | Oct 09 2024 23:17:15 | AT&T, % ENHANCED RECOVERY CORP, PO BOX 57547, JACKSONVILLE FL 32241-7547 |
| 11279192 | | EDI: ATTWIREBK.COM | Oct 10 2024 02:59:00 | AT&T SERVICES, ONE AT&T WAY ROOM 3A104, BEDMINSTER NJ 07921-2694 |
| 11279193 | ^ | MEBN | Oct 09 2024 23:18:22 | ATLAS, 300 COVENTRY ROAD, KENSINGTON CA 94707-1214 |
| 11290551 | + | Email/Text: bankruptcy@car-mart.com | Oct 09 2024 23:24:00 | Americas Car-Mart INC, 1805 N 2nd ST, STE 401, Rogers, AR 72756-2423 |
| 11279196 | + | Email/Text: bankruptcy@nationalcreditsystems.com | Oct 09 2024 23:24:00 | BRIARWOOD ESTATES, % NATIONAL CREDIT SYSTEMS, PO BOX 312125, ATLANTA GA 31131-2125 |
| 11279197 | + | Email/Text: bankruptcy@car-mart.com | Oct 09 2024 23:24:00 | COLONIAL AUTO FINANCE/AMERICA'S CAR-MART, ATTN: BANKRUPTCY, 1805 N 2ND STREET SUITE 401, ROGERS AR 72756-2423 |
| 11279200 | + | Email/Text: bk@creditcentralllc.com | Oct 09 2024 23:27:00 | CREDIT CENTRAL INC, 21040 MIFLIN ROAD, FOLEY AL 36535-9297 |
| 11279202 | + | Email/Text: bankruptcy@ncaks.com | Oct 09 2024 23:24:00 | EASY MONEY, % NATIONAL CREDIT ADJUSTERS, PO BOX 3023, HUTCHINSON KS 67504-3023 |
| 11279203 | + | EDI: AMINFOFP.COM | Oct 10 2024 02:59:00 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS SD 57117-5524 |
| 11282775 | + | Email/Text: FSBank@franklinservice.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 09 2024 23:24:00 | Henderson and Walton Womens Center PC, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 11313815 | | EDI: JEFFERSONCAP.COM | Oct 10 2024 02:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 11279204 | + | Email/Text: bankruptcy@kikoff.com | Oct 09 2024 23:24:00 | KIKOFF LENDING LLC, ATTN: BANKRUPTCY, 75 BROADWAY SUITE 226, SAN FRANCISCO CA 94111-1458 |
| 11279205 | + | Email/PDF: bankruptcy_prod@navient.com | Oct 09 2024 23:33:28 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE PA 18773-9500 |
| 11319732 | + | Email/Text: bankruptcy@ncaks.com | Oct 09 2024 23:24:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 11279207 | + | Email/Text: ABENTLEY@OKINUS.COM | Oct 09 2024 23:23:00 | OKINUS, 147 WEST RAILROAD ST. SOUTH, PELHAM GA 31779-1631 |
| 11279206 | + | Email/Text: customerservice@rfgionline.com | Oct 09 2024 23:27:00 | OKINUS, % RFGI, ATTN: BANKRUPTCY, PO BOX 537, SYCAMORE IL 60178-0537 |
| 11279208 | ^ | MEBN | Oct 09 2024 23:16:37 | PRIMO, % CBA, ATTN: BANKRUPTCY, PO BOX 5013, HAYWARD CA 94540-5013 |
| 11279209 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 09 2024 23:27:00 | SANTANDER CONSUMER USA INC, PO BOX 560284, DALLAS TX 75356-0284 |
| 11279212 | + | EDI: VERIZONCOMB.COM | Oct 10 2024 02:59:00 | VERIZON WIRELESS, ATTN: BANKRUPTCY, 500 TECHNOLOGY DR, STE 599, WELDON SPRINGS MO 63304-2225 |
| 11323695 | | EDI: AIS.COM | Oct 10 2024 03:05:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 11279213 | + | Email/Text: bali@badcock.com | Oct 09 2024 23:23:00 | W.S. BADCOCK CORPORATION, ATTN: BANKRUPTCY, 200 NW PHOSPHATE BLVD, MULBERRY FL 33860-2328 |
| 11279214 | ^ | MEBN | Oct 09 2024 23:16:06 | WESTLAKE PORTFOLIO MGMT, LLC, ATTN: BANKRUPTCY, PO BOX 76809, LOS ANGELES CA 90076-0809 |
| 11279215 | + | Email/Text: bk@worldacceptance.com | Oct 09 2024 23:26:00 | WORLD FINANCE CORP, ATTN: BANKRUPTCY, PO BOX 6429, GREENVILLE SC 29606-6429 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradford W. Caraway | ctmail@ch13bham.com  bhamch13@ecf.epiqsystems.com |
| Gabriel J. Quistorff | on behalf of Plaintiff BioTek America  LLC gquistorff@balch.com, blankford@balch.com |
| Gabriel J. Quistorff | on behalf of Plaintiff ImmunoTek Bio Centers  LLC d/b/a Freedom Plasma gquistorff@balch.com, blankford@balch.com |
| Gabriel J. Quistorff | on behalf of Movant BioTek America  LLC gquistorff@balch.com, blankford@balch.com |
| Gabriel J. Quistorff | on behalf of Movant ImmunoTek Bio Centers  LLC d/b/a Freedom Plasma gquistorff@balch.com, blankford@balch.com |
| Grafton Moore Weinacker | on behalf of Debtor Ashley Isehi Prim pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;aw.igotnotices@gmail.com;bbrssort4@gmail.com;R62238@notify.bestcase.com;mwaid@ecf.courtdrive.com |
| Norman G. Winston, Jr | on behalf of Creditor District Capital LLC nwinston@wwjclaw.com  nwinston@wwjclaw.com |
| Robert D. Reese | on behalf of Defendant Ashley Prim pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;aw.igotnotices@gmail.com;bbrssort4@gmail.com;R62238@notify.bestcase.com;mwaid@ecf.courtdrive.com |
| Robert D. Reese | on behalf of Debtor Ashley Isehi Prim pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;aw.igotnotices@gmail.com;bbrssort4@gmail.com;R62238@notify.bestcase.com;mwaid@ecf.courtdrive.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**  
Ashley Isehi Prim  
**SSN:** xxx−xx−3379

**Case No.** 24−00287−DSC13  
**Chapter** 13

**Debtor(s)**

## ORDER DISMISSING CASE

This matter came before the Court on **10/08/24** for a hearing on the **Trustee's Motion to Dismiss Case.** The Court considered the Trustee's Motion to Dismiss Case, and it appears to the Court that said Motion is due to be **GRANTED**.

It is therefore **ORDERED, ADJUDGED, and DECREED** that:

The **Trustee's Motion to Dismiss Case** is **GRANTED** and this case is **DISMISSED.**

Dated:   October 9, 2024

/s/ D. Sims Crawford  
United States Bankruptcy Judge

cmh